UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:23-cv-00149-MOC

| | |
|---|---|
| **STEPHEN DEWAYNE TAYLOR**, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's consent motion for remand. (Doc. No. 14). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court will remand this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's consent motion for remand is **GRANTED**.

The clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal rules of Civil Procedure.

*[Signature]*
Max O. Cogburn Jr.
United States District Judge